IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DAVID ASHLEY**   **PLAINTIFF**
**#1777**

**v.**   **CASE NO: 3:25-CV-00282-BSM**

**DOE**   **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE